# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CRIMINAL CASE NO. 2:13-cr-00024-MR-DLH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| (1) BOBBY JOE SILVERS, | ) | |
| (2) JOHN COLEMAN CARVER III, | ) | |
| and (3) JOSEPH KYLE ORR, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 29].

Upon review of the Government's Motion, the Court will grant the relief requested.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 29] is **GRANTED**, and the Bill of Indictment filed in the above-captioned case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: December 30, 2013

Martin Reidinger
United States District Judge